**No. 39640.**—Protest 687681–G of S. Lisk & Bro. (New York).

Opinion by SULLIVAN, J. It was stipulated that certain items consist of uninflated rubber balls the same as those the subject of *Woolworth* v. *United States* (T. D. 48231) and *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770).

The claim at 30 percent under paragraph 1502 was therefore sustained. Novelties composed in chief value of rubber similar to those the subject of Abstract 25607 were held dutiable at 25 percent under paragraph 1537 (b).